UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LINDA DOWNEY, | No. EDCV 08-380 AJW |
| Plaintiff, | |
| v. | J U D G M E N T |
| MICHAEL J. ASTRUE, **Commissioner of the Social Security Administration,** | |
| Defendant. | |

**IT IS ADJUDGED** that the Commissioner's decision is **reversed**, and this case is **remanded** to the Commissioner for further proceedings consistent with this memorandum of decision.

DATED: September 3, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge